# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., | : : : : |
| Plaintiff - Counterclaim Defendant, | : CIVIL ACTION : |
| v. | : Case No. 3:22-cv-04656 (ZNQ)(RLS) : |
| NATIONWIDE MORTGAGE BANKERS, INC., | : : : |
| Defendant – Counterclaim Plaintiff. | : : |

## STIPULATED SECOND AMENDED PRETRIAL SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that there is good cause to amend the deadlines in the Pretrial Scheduling Order dated August 1, 2023 (Dkt. No. 29) and the Amended Pretrial Scheduling Order dated November 13, 2023 (Dkt. No. 50), as follows:

1. Fact discovery shall be completed by no later than **September 30, 2024**;

2. Plaintiff's and Counterclaim Plaintiff's respective expert report(s) (if any) shall be served by no later than **October 21, 2024**;

3. Defendant's and Counterclaim Defendant's respective expert report(s) (if any) shall be served by no later than **November 11, 2024**;

4. Expert depositions (if any) shall be completed by no later than **December 31, 2024**; and

5. The Court will set the deadline for any dispositive motion(s) at a later date, but such deadline shall be no earlier than **January 31, 2025**.

FP 50351950.1

No other terms of the Court's August 1, 2023 PreTrial Scheduling Order (Dkt. No. 29) or November 13, 2023 Amended Pretrial Scheduling Order (Dkt. No. 50) are modified by this Stipulated Second Amended Pretrial Order.

| | |
|---|---|
| FISHER & PHILLIPS LLP | RIMON, P.C. |
| /s/ Brent A. Cossrow | /s/ Christopher J. Kelly |
| BRENT A. COSSROW, ESQUIRE<br>ANDREW S. GALLINARO, ESQUIRE<br>EDWARD G. WINSMAN, ESQUIRE<br>HEATHER C. MCFEELEY, ESQUIRE | CHRISTOPHER J. KELLY, ESQUIRE |
| Date: April 15, 2024 | Date: April 15, 2024 |
| *Counsel for Plaintiff/Counterclaim Defendant Paramount Residential Mortgage Group, Inc.* | *Counsel for Defendant/Counterclaim Plaintiff Nationwide Mortgage Bankers, Inc.* |

**SO ORDERED.**

Dated: April      , 2024

                                                      **RUKHSANAH L. SINGH**
                                                      **UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATION OF SERVICE

I, Edward G. Winsman, hereby certify that on April 15, 2024, the foregoing Stipulated Second Amended Pretrial Scheduling Order was filed and is available for viewing and downloading from the Court's ECF system and was served via the Court's ECF system.

>/s/ Edward G. Winsman
>Edward G. Winsman