

**Philadelphia**
Two Logan Square
100 N. 18th Street
12th Floor
Philadelphia, PA 19103
(610) 230-2150 Tel
(610) 230-2151 Fax

**Writer's Direct Dial:**
(610) 230-2135

**Writer's E-mail:**
bcossrow@fisherphillips.com

August 19, 2024

**VIA ECF**

Hon. Rukhsanah L. Singh
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, 7W
Trenton, New Jersey 08608

      RE:    *Paramount Residential Mortgage Group, Inc. v. Nationwide Mortgage Bankers, Inc.*, U.S.D.C., D.N.J., No. 3:22-cv-04656

Dear Judge Singh:

      Fisher & Phillips LLP and I represent Plaintiff Paramount Residential Mortgage Group, Inc. ("PRMG") in the above-referenced action. We write jointly with Rimon P.C. and Christopher J. Kelly, Esquire, who represent Defendant Nationwide Mortgage Bankers, Inc., ("NMB" and together with PRMG, "the Parties"), to provide this joint[1] status letter pursuant to the Court's July 8, 2024 Text Order instructing the Parties to submit a joint status letter no later than three (3) business days prior to the telephonic status conference scheduled for August 22, 2024. *See* ECF 79.

**A.    Pending Motion(s)**

      There are currently no dispositive motions pending before the Court.

**B.    Status of Discovery**

      The Parties continue to work cooperatively to complete discovery The Parties are producing documents on a rolling basis and continue to negotiate electronic search parameters. The Parties have been working to ensure compliance with the Court's rulings issued during the April 1 hearing as well as the May 22, 2024 Letter Order. The Parties are engaged in the "meet and confer" process to resolve outstanding discovery issues. To the extent the Parties are unable

---

[1]     The Parties agree that the information shared with the Court in this joint status letter does not waive or prejudice the substantive positions of the Parties in this case.

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 51880798.3

Hon. Rukhsanah L. Singh
August 19, 2024
Page 2

to resolve their disputes, they will present them to the Court in the manner outlined during the April 1 hearing.

PRMG will be submitting a discovery dispute letter seeking the Court's approval to exceed the number of depositions provided for by the Federal Rules of Civil Procedure, as the Parties concluded the "meet and confer" process on this issue without being able to reach a resolution.

**C.      Case Deadlines**

The Parties have been working cooperatively through the discovery process and have exchanged extensive documents to date. However, given the large volume of documents still to be produced, as well as depositions that still need to occur, the number of which will be determined by the Court's ruling on the discovery dispute letter that PRMG is filing, the Parties each request an extension of the case management deadlines as set forth below. NMB requests a three (3) month extension. NMB believes the parties should continue to work diligently to complete discovery in this matter and believes the parties should aim to complete as much discovery as possible within the three (3) month extension requested. NMB will continue, as it has throughout the case, to revisit the deadlines if necessary. PRMG believes that more time is necessary, and that a six (6) month extension of the case management deadlines is necessary, and therefore request that the Court issue a six (6) month extension at this time.

Counsel are available if the Court has any questions regarding this joint status letter.

Respectfully and jointly submitted,

| | |
|---|---|
| */s/ Brent A. Cossrow* | */s/ Christopher J. Kelly* |
| BRENT A. COSSROW | CHRISTOPHER J. KELLY |
| FISHER & PHILLIPS LLP | RIMON, P.C. |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Paramount Residential Mortgage Group, Inc. | Nationwide Mortgage Bankers, Inc. |

cc:    Counsel of Record

FP 51880798.3