

October 7, 2024

**VIA ECF**

Hon. Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, 4W
Trenton, New Jersey 08608

    Re: *Paramount Residential Mortgage Group, Inc. v. Nationwide Mortgage Bankers, Inc.*, D.N.J., Case No. 3:22-cv-04656

Dear Judge Quraishi:

We represent Nationwide Mortgage Bankers, Inc. in the above referenced matter. I am writing on behalf of the parties to advise the Court that this matter has been resolved. The parties are presently working to formalize their settlement terms by way of written agreement and respectfully request that Your Honor issue a 60-day order administratively terminating the case pursuant to Local Rule 41.1(b).

Thank you for Your Honor's attention to this matter.

    Respectfully submitted,

    RIMON, P.C.

    */s Christopher J. Kelly*

    Christopher J. Kelly

cc: Counsel of Record (via ECF)

CHRISTOPHER J. KELLY | 100 OVERLOOK CENTER, 2ND FL., PRINCETON, NJ 08540
P: 609.299.1877 | chrispher.kelly@rimonlaw.com