IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., | : : : : | |
| Plaintiff – Counterclaim Defendant, | : : | CIVIL ACTION |
| v. | : : | Case No. 3:22-cv-04656 (ZNQ)(RLS) |
| NATIONWIDE MORTGAGE BANKERS, INC., | : : : : | |
| Defendant – Counterclaim Plaintiff. | : : | |

**STIPULATION TO EXTEND DEADLINE TO DISMISS ACTION**

On October 7, 2024, the undersigned Parties notified the Court that they had reached a settlement and asked this Court to issue a sixty-day order administratively terminating the case pursuant to Local Rule 41.1(b). (ECF 82). On October 8, 2024, the Court issued an Order instructing the Parties that, within sixty (60) days after the entry of the Order, or within such other time authorized by the Court, the Parties should file all papers necessary to dismiss the action pursuant to the Federal Rules of Civil Procedure. (ECF 83).

The Parties have been working diligently and collaboratively to document the global settlement reached between the Parties in the above-captioned action and another related action, *Nationwide Mortgage Bankers, Inc. v. Paramount Residential Mortgage Group, Inc.*, Case No. 5:24−cv−01809 MRA (SHKx), currently pending in the U.S. District Court for the Central District of California. The Parties continue to work on a few final issues and believe that a brief additional period of time is necessary to finalize the settlement paperwork.

Accordingly, the Parties hereby stipulate and agree, subject to this Court's approval, to extend by thirty (30) days, or until January 8, 2025, the deadline to file all papers necessary to dismiss the instant action.

| FISHER & PHILLIPS LLP | RIMON, P.C. |
|---|---|
| */s/ Brent A. Cossrow* | */s/ Christopher J. Kelly* |
| BRENT A. COSSROW, ESQUIRE<br>ANDREW S. GALLINARO, ESQUIRE<br>EDWARD G. WINSMAN, ESQUIRE<br>HEATHER C. MCFEELEY, ESQUIRE | CHRISTOPHER J. KELLY, ESQUIRE |
| Date: November 29, 2024 | Date: November 29, 2024 |
| *Counsel for Plaintiff/Counterclaim Defendant Paramount Residential Mortgage Group, Inc.* | *Counsel for Defendant/Counterclaim Plaintiff Nationwide Mortgage Bankers, Inc.* |

**SO ORDERED.**

Dated:  December ___, 2024

_____
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATION OF SERVICE**

      I, Brent A. Cossrow, hereby certify that on November 29, 2024, the foregoing Stipulation was filed and is available for viewing and downloading from the Court's ECF system and was served via the Court's ECF system.

                                                    */s/ Brent A. Cossrow*
                                                    Brent A. Cossrow